## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSEPH GUGLIEMO, *on behalf of himself and all others similarly situated*,

                                Plaintiff,

    -against-

FULL COMPASS SYSTEMS, LTD.

                              Defendant.

------------------------------------- x

ORDER

19 Civ. 11846 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 31, 2020 conference is adjourned to June 2, 2020 at 9:30 a.m.

Dated: New York, New York
       March 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge