UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPH GUGLIEMO, *on behalf of himself and all others similarly situated*,

                          Plaintiff,

-against-

FULL COMPASS SYSTEMS, LTD.

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 11846 (GBD)

GEORGE B. DANIELS, United States District Judge:

The June 2, 2020 conference is adjourned to August 18, 2020 at 9:30 a.m.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge