# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.

FULL COMPASS SYSTEMS, LTD

    Defendant.
_____/

CASE NO.: 1:19-cv-11846

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: JUN 2 9 2020



## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 19, 2020

| For Plaintiff Joseph Guglielmo | For Defendant Full Compass Systems, LTD |
|---|---|
| *[signature]* | *Nadia Del Toro* |
| David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>dforce@steinsakslegal.com | Nadia Del Toro<br>Litchfield Cavo LLP<br>420 Lexington Ave Suite 2104<br>New York, NY 10170<br>Ph: 212-434-0100<br>deltoro@lichfieldcavo.com |